

National Rural Electric Cooperative Association
A Touchstone Energy Cooperative

PAYROLL DEPOSIT ADVICE

| EMPLOYEE NAME | EMPLOYEE NUMBER | SSN | PAY DATE |
|---|---|---|---|
| Nina V. Sobchuk | 2059 | XXX-XX-7833 | 09/21/12 |
| PTO ACCRUAL | EXTENDED ILLNESS ACCRUAL | PERIOD BEGIN DATE | PERIOD END DATE |
| 40.65 | 74.19 | 09/09/12 | 09/22/12 |
| WITHHOLDING TAX TYPE | FILING STATUS | EXEMPTIONS | ADDITIONAL W/H |
| Federal | Single | 0 | 0.00 |
| Nebraska | Single | 0 | 0.00 |

### CURRENT EARNINGS

| DESCRIPTION | HRS | RATE | AMT | YTD |
|---|---|---|---|---|
| Floating Holiday | 0.00 | | 0.00 | 124.24 |
| PTO Pay | 1.00 | 15.53 | 15.53 | 1,374.45 |
| Holiday Pay | 8.00 | 15.53 | 124.24 | 976.57 |
| Regular Salary | 71.00 | 15.53 | 1,102.54 | 20,955.53 |
| Overtime | 0.00 | | 0.00 | 2,668.30 |
| REEX NC | 0.00 | | 0.00 | 500.00 |
| GTL | 0.00 | | 0.44 | 8.11 |

### CURRENT DEDUCTIONS

| TYPE | DESCRIPTION | AMT | YTD |
|---|---|---|---|
| Pre-TAX | Dental Linc | 29.36 | 528.48 |
| Pre-TAX | Linc PPO | 22.00 | 396.00 |
| Pre-TAX | PT 401k | 62.12 | 1,305.00 |
| TAXES | FIT Withheld | 140.19 | 2,930.30 |
| TAXES | Medicare EE Withheld | 17.28 | 372.40 |
| TAXES | SIT Withheld | 45.74 | 977.39 |
| TAXES | SS EE Withheld | 50.03 | 1,078.67 |
| After-TAX | LTD Plan | 3.39 | 60.90 |

### NET PAY DISTRIBUTION

| BANK NAME | ACCOUNT | TYPE | AMOUNT |
|---|---|---|---|
| Wells Fargo Bank | XXX4938 | Checking | 872.20 |

### SUMMARY

| ITEM | CURRENT | YTD |
|---|---|---|
| GROSS PAY | 1,242.75 | 26,607.20 |
| PRE-TAX DED | 113.48 | 2,229.48 |
| TAXABLE WAGES | 1,129.27 | 24,377.72 |
| TAX DED | 253.24 | 5,358.76 |
| AFTER-TAX | 3.39 | 60.90 |
| NET PAY | 872.20 | 18,449.95 |

### SPECIAL INFORMATION

For Payroll questions, contact Payroll at 703-907-5913. For Benefit questions, contact Human Resources at 703-907-5904.

**National Rural Electric Cooperative Association** — Payroll

*A Touchstone Energy Cooperative*

Main Menu   Logout   Preferences   Help

## Payroll Deposit Advice

***Warning***
DO NOT PRINT THIS PAGE.
See NRECA Policy Manual Section 3.6

Employee Name: **Nina Sobchuk**   Employee Number: **2059**

Choose a Deposit Advice: 07-SEP-2012 - 2059-2 - Check 1   [Go]

| | | | |
|---|---|---|---|
| Employee | Nina V. Sobchuk | Employer Name | NRECA |
| Organization | Lincoln - Retirement Distributions-RS | Employer Address | 8701 Firethorn Lane Lincoln NE 68520 |
| Employee Address | 2610 W SOUTH ST APT 111 Lincoln NE 68522 | | |

### Pay Period and Salary

| Pay Period | Pay Date | Period Begin Date | Period End Date | Annual Salary |
|---|---|---|---|---|
| Bi-Week | 07-Sep-2012 | 26-Aug-2012 | 08-Sep-2012 | 32,300.00 |

### Tax Withholding Information

| Type | Marital Status | Exemptions | Additional Amount | Override Amount | Override Percentage |
|---|---|---|---|---|---|
| Federal | Single | 0 | 0.00 | 0.00 | 0 |
| Nebraska | Single | 0 | 0.00 | 0.00 | 0 |

### Summary

| | Gross | Pre-Tax | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,242.75 | 113.48 | 253.24 | 3.39 | 872.20 |
| YTD | 25,364.45 | 2,116.00 | 5,105.52 | 57.51 | 17,577.75 |

### Hours and Earnings

| Description | Current Hours | Current Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|
| Holiday Pay | | 0.00 | 56.00 | 852.33 |
| PTO Pay | 17.75 | 275.66 | 87.50 | 1,358.92 |
| Floating Holiday | | 0.00 | 8.00 | 124.24 |
| Regular Salary | 62.25 | 966.65 | 1,288.50 | 19,852.99 |
| Overtime | | 0.00 | 117.50 | 2,668.30 |
| GTL | | 0.44 | | 7.67 |
| REEX NC | | 0.00 | | 500.00 |

### Pre-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Linc PPO | 22.00 | 374.00 |
| Dental Linc | 29.36 | 499.12 |
| PT 401k | 62.12 | 1,242.88 |

### Taxes

| Description | Current | YTD |
|---|---|---|
| Federal Tax | 140.19 | 2,790.11 |
| Social Security | 50.04 | 1,028.64 |
| Medicare | 17.27 | 355.12 |
| NE State Tax | 45.74 | 931.65 |

### After-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| LTD Plan | 3.39 | 57.51 |

### Accruals

| Description | Current | Balance |
|---|---|---|
| PTO | 6.15 | 35.50 |
| Extended Illness | 1.85 | 72.34 |

### Net Pay Distribution

| Check/Deposit Number | Bank Name | Account Type | Account Number | Amount |
|---|---|---|---|---|
| 250590534 | Wells Fargo Bank | C | XXXXXX4938 | 872.20 |

### Third Party Payments

| Check/Deposit Number | Amount | Payment Method |
|---|---|---|
| No results found. | | |

### Other Information

For Payroll questions, contact Payroll at 703-907-5913.
For Benefit questions, contact Human Resources at 703-907-5904.

Main Menu | Logout | Preferences | Help

Copyright (c) 2006, Oracle. All rights reserved.    Privacy Statement



**National Rural Electric Cooperative Association** — PAYROLL DEPOSIT ADVICE

| EMPLOYEE NAME | EMPLOYEE NUMBER | SSN | PAY DATE |
|---|---|---|---|
| Nina V. Sobchuk | 2059 | XXX-XX-7833 | 08/24/12 |
| **PTO ACCRUAL** | **EXTENDED ILLNESS ACCRUAL** | **PERIOD BEGIN DATE** | **PERIOD END DATE** |
| 47.09 | 70.50 | 08/12/12 | 08/25/12 |
| **WITHHOLDING TAX TYPE** | **FILING STATUS** | **EXEMPTIONS** | **ADDITIONAL W/H** |
| Federal | Single | 0 | 0.00 |
| Nebraska | Single | 0 | 0.00 |

### CURRENT EARNINGS

| DESCRIPTION | HRS | RATE | AMT | YTD |
|---|---|---|---|---|
| Floating Holiday | 0.00 | | 0.00 | 124.24 |
| Holiday Pay | 0.00 | | 0.00 | 852.33 |
| PTO Pay | 3.00 | 15.56 | 46.60 | 1,083.26 |
| Regular Salary | 77.00 | 15.53 | 1,195.71 | 16,886.34 |
| Overtime | 0.00 | | 0.00 | 2,668.30 |
| REEX NC | 0.00 | | 0.00 | 500.00 |
| GTL | 0.00 | | 0.44 | 7.23 |

### CURRENT DEDUCTIONS

| TYPE | DESCRIPTION | AMT | YTD |
|---|---|---|---|
| Pre-TAX | Dental Linc | 29.36 | 469.76 |
| Pre-TAX | Linc PPO | 22.00 | 352.00 |
| Pre-TAX | PT 401k | 62.12 | 1,180.76 |
| TAXES | FIT Withheld | 140.19 | 2,649.92 |
| TAXES | Medicare EE Withheld | 17.28 | 337.85 |
| TAXES | SIT Withheld | 45.74 | 885.91 |
| TAXES | SS EE Withheld | 50.04 | 978.80 |
| After-TAX | LTD Plan | 3.39 | 54.12 |

### NET PAY DISTRIBUTION

| BANK NAME | ACCOUNT | TYPE | AMOUNT |
|---|---|---|---|
| Wells Fargo Bank | XXX4938 | Checking | 872.19 |

### SUMMARY

| ITEM | CURRENT | YTD |
|---|---|---|
| GROSS PAY | 1,242.75 | 24,121.70 |
| PRE-TAX DED | 113.48 | 2,002.52 |
| TAXABLE WAGES | 1,129.27 | 22,119.18 |
| TAX DED | 253.25 | 4,852.28 |
| AFTER-TAX | 3.39 | 54.12 |
| NET PAY | 872.19 | 16,705.55 |

**SPECIAL INFORMATION**

For Payroll questions, contact Payroll at 703-907-5913. For Benefit questions, contact Human Resources at 703-907-5904.

**Cooperative Association**

**PAYROLL DEPOSIT ADVICE**

| EMPLOYEE NAME | EMPLOYEE NUMBER | | PAY DATE |
|---|---|---|---|
| Nina V. Sobchuk | 2059 | XXX-XX-7833 | 08/10/12 |
| PTO ACCRUAL | EXTENDED ILLNESS ACCRUAL | PERIOD BEGIN DATE | PERIOD END DATE |
| 43.94 | 68.65 | 07/29/12 | 08/11/12 |
| WITHHOLDING TAX TYPE | FILING STATUS | EXEMPTIONS | ADDITIONAL W/H |
| Federal | Single | 0 | 0.00 |
| Nebraska | Single | 0 | 0.00 |

### CURRENT EARNINGS

| DESCRIPTION | HRS | RATE | AMT | YTD |
|---|---|---|---|---|
| Floating Holiday | 0.00 | | 0.00 | 124.24 |
| Holiday Pay | 0.00 | | 0.00 | 852.33 |
| PTO Pay | 8.50 | 15.53 | 132.01 | 1,036.66 |
| Regular Salary | 71.50 | 15.53 | 1,110.30 | 17,690.63 |
| Overtime | 0.00 | | 0.00 | 2,668.30 |
| REEX NC | 0.00 | | 0.00 | 500.00 |
| GTL | 0.00 | | 0.44 | 6.79 |

### CURRENT DEDUCTIONS

| TYPE | DESCRIPTION | AMT | YTD |
|---|---|---|---|
| Pre-TAX | Dental Linc | 29.36 | 440. |
| Pre-TAX | Linc PPO | 22.00 | 330. |
| Pre-TAX | PT 401k | 62.12 | 1,118. |
| TAXES | FIT Withheld | 140.19 | 2,509. |
| TAXES | Medicare EE Withheld | 17.27 | 320. |
| TAXES | SIT Withheld | 45.74 | 840. |
| TAXES | SS EE Withheld | 50.04 | 928. |
| After-TAX | LTD Plan | 3.39 | 50. |

### NET PAY DISTRIBUTION

| BANK NAME | ACCOUNT | TYPE | AMOUNT |
|---|---|---|---|
| U.S. Bank | XXX5769 | Checking | 872.20 |

### SUMMARY

| ITEM | CURRENT | YTD |
|---|---|---|
| GROSS PAY | 1,242.75 | 22,878.9 |
| PRE-TAX DED | 113.48 | 1,889.0 |
| TAXABLE WAGES | 1,129.27 | 20,989.9 |
| TAX DED | 253.24 | 4,599.0 |
| AFTER-TAX | 3.39 | 50.7 |
| NET PAY | 872.20 | 15,833.3 |

### SPECIAL INFORMATION

For Payroll questions, contact Payroll at 703-907-5913. For Benefit questions, contact Human Resources at 703-907-5904.

**molex**

CO. 006  FILE 132911  DEPT 101701  CLOCK AUTO  VCHR. NO. 0000311561  1

**Earnings Statement**

COMPANY TELEPHONE NUMBER: 630-969-4550
2222 WELLINGTON COURT
LISLE, IL 60532-1682

Period Ending: 07/29/2012
Pay Date: 08/03/2012

00000001527
NINA V SOBCHUK
2610 W SOUTH ST
APT 213
LINCOLN, NE 68522

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  NE: 0

Social Security Number: XXX-XX-7833

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 8.7500 | 20.00 | 175.00 | 1,413.13 |
| Half Time | | | | 65.62 |
| Full Time | | | | 65.63 |
| Gross Pay | | | $175.00 | 1,544.38 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -13.37 | 138.56 |
| | Social Security Tax | -7.35 | 64.86 |
| | Medicare Tax | -2.53 | 22.39 |
| | NE State Income Tax | -3.95 | 39.93 |
| | Other | | |
| | Checking | -147.80 | |
| | Net Pay | $147.80 | |

Your federal taxable wages this period are $175.00

---



**molex**

COMPANY TELEPHONE NUMBER: 630-969-4550
2222 WELLINGTON COURT
LISLE, IL 60532-1682

Advice number: 00000311561
Pay date: 08/03/2012

Deposited to the account of
NINA V SOBCHUK

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx5769 | xxxx xxxx | $147.80 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.