FORM E

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

IN RE: SOBCHUK, NINA ) BK NO. 12-42382
) Chapter 13
)
)
)

CERTIFICATION BY DEBTOR
IN SUPPORT OF CONFIRMATION

With regard to the Chapter 13 plan/amended plan filed on __10-31-12__, I certify that:

[X] Since the filing of this bankruptcy, I have not been required by a judicial or Administrative order, or by statute to pay any domestic support obligation as Defined in 11 U.S.C. § 101 (14A);

OR

[ ] I have paid all amounts that first became due and payable after the filing of this Bankruptcy which I/We am required to pay under a domestic support obligation (as defined in U.S.C. § 101(14A) required by a judicial or administrative order, or by statute.

(ONE OF THE ABOVE BOXES MUST BE CHECKED)

I declare under penalty of perjury that the foregoing certification is true and correct

Dated: October 29, 2012

Debtor: Nina Sobchuk

Joint Debtor _____