United States Bankruptcy Court
District of Nebraska

In re:                                                                    Case No. 12-42382-TJM
Nina Viktorovna Chesnok                                                   Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0867-4          User: admin              Page 1 of 2              Date Rcvd: Feb 22, 2013
                              Form ID: trc             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 24, 2013.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
 4012583        +E-mail/Text: Bankruptcy@nslp.org Feb 22 2013 22:36:54      Nelnet on behalf of NSLP,
                 National Student Loan Program,   PO Box 82507,   Lincoln NE 68501-2507
                                                                                                  TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 24, 2013**                     **Signature:**     *Joseph Speetjens*

```
District/off: 0867-4          User: admin              Page 2 of 2               Date Rcvd: Feb 22, 2013
                              Form ID: trc             Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 21, 2013 at the address(es) listed below:
          Francis X. Skrupa    on behalf of Debtor Nina Chesnok skrupa2@yahoo.com,   skrupalaw2@gmail.com
          Frederick D. Stehlik    on behalf of Creditor   Ally Financial fstehlik@grosswelch.com,
           lallmendinger@grosswelch.com
          Kathleen  Laughlin    ecfclerk@ne13trustee.com,   klaughlin13@ecf.epiqsystems.com
          Patricia  Fahey    ustpregion13.om.ecf@usdoj.gov
          Patti H. Bass    on behalf of Creditor   Capital One, N.A. ecf@bass-associates.com
                                                                                                       TOTAL: 5

**210B (12/09**)

# United States Bankruptcy Court

District of Nebraska
Case No. 12-42382-TJM
Chapter 13

In re: Debtor(s) (including Name and Address)

Nina Viktorovna Chesnok
2610 W South Street #111
Lincoln NE 68522

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 02/21/2013.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 3: Nelnet on behalf of NSLP, National Student Loan Program, PO Box 82507, Lincoln NE 68501 | ECMC<br>PO BOX 75906<br>St. Paul, MN 55175 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   02/24/13                                     Diane Zech
                                                     **CLERK OF THE COURT**