IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN THE MATTER OF: | ) BK. NO. 12-42382-TJM |
| | ) |
| NINA VIKTOROVNA CHESNOK | ) CHAPTER 13 |
| SSN: ###-##-7833 | ) |
| | ) |
| | ) |
| | ) |
| **Debtor.** | |

## RELEASE OF EMPLOYER

An Order to NATIONAL RURAL ELECTRIC COOPERATIVE to Pay Trustee was previously issued in the above-referenced case. Due to a change in circumstances, it appears that the debtor's employer, NATIONAL RURAL ELECTRIC COOPERATIVE should be released from making further payments.

The debtor's employer, NATIONAL RURAL ELECTRIC COOPERATIVE is therefore released from making any further payment to the Trustee herein.

The employer is to refund to the debtor any money which he may now have on hand as a result of such withholdings.

DATED: **March 14, 2013**

s/ Kathleen A. Laughlin
Kathleen A. Laughlin #16883
Chapter 13 Trustee

The Trustee hereby certifies that a true and correct copy of this order was served upon FRANCIS X SKRUPA, debtor's attorney via the CM/ECF system of the United States Bankruptcy Court and a copy was mailed to the debtor and debtor's employer, NATIONAL RURAL ELECTRIC COOPERATIVE at the following address by regular US Mail, postage prepaid on **March 14, 2013.**

NATIONAL RURAL ELECTRIC COOPERATIVE
ASSOCIATION - PAYROLL
4301 WILSON BLVD
ARLINGTON, VA 22203-1860

NINA VIKTOROVNA CHESNOK
2610 W SOUTH STREET #111
LINCOLN, NE 68522