**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| IN THE MATTER OF: | ) BK. NO. 12-42382-TJM |
| | ) |
| NINA VIKTOROVNA CHESNOK | ) CHAPTER 13 |
| SSN: ###-##-7833 | ) |
| | ) |
| | ) |
| | ) |
| **Debtor.** | |

## DECLARATION OF COUNSEL TO THE CHAPTER 13 TRUSTEE
## REGARDING NOTICE OF PAYMENT DEFAULT

**MARILYN N. ABBOTT**, Counsel to the Chapter 13 Trustee, declares:

1. She is the Counsel to the duly appointed Standing Chapter 13 Trustee in the case of the above referenced Debtor.
2. A Trustee's Notice of Payment Default was filed in the above referenced case on March 14, 2013 because the Debtor had defaulted in payments required under the terms of the Chapter 13 plan.
3. The Notice of Payment Default was duly served upon the Debtor and Debtor counsel.
4. The Chapter 13 Trustee has complied with Neb. R. Bankr. P. 3015-4.
5. The Debtor has not timely cured the payment default or taken other curative action satisfactory to the Trustee.

DATED: April 17, 2013

                                              s/Marilyn N. Abbott
                                              Marilyn N. Abbott

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the Counsel to the Trustee's Declaration was served on FRANCIS X SKRUPA, Debtor attorney, via the CM/ECF system of the United States Bankruptcy Court and a copy was mailed on April 17, 2013, by first-class, U.S. mail, postage prepaid to the Debtor at the address listed below:

NINA VIKTOROVNA CHESNOK
2610 W SOUTH STREET #111
LINCOLN, NE 68522

                                              s/Marilyn N. Abbott
                                              Marilyn N. Abbott