```
Case 12-42382-TJM    Doc 39    Filed 04/19/13    Entered 04/19/13 23:42:05    Desc Imaged
                          Certificate of Notice    Page 1 of 4
```

United States Bankruptcy Court
District of Nebraska

In re:                                                              Case No. 12-42382-TJM
Nina Viktorovna Chesnok                                             Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0867-4        User: jarmstron            Page 1 of 3           Date Rcvd: Apr 17, 2013
                            Form ID: ODSMBNC          Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2013.
```
db             +Nina Viktorovna Chesnok,    2610 W South Street #111,    Lincoln, NE 68522-1873
4020634        +CAPITAL ONE, N.A.,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,
                 Tucson, AZ 85712-1083
4000763        +Cap1/frnrw,    Po Box 5253,    Carol Stream, IL 60197-5253
4050948         CitiFinancial Inc, MD,    P.O. Box 6042,    Sioux Falls, SD 57117-6042
4000769        +HIP,    5000 Central Park Drive #204,    Lincoln, NE 68504-3465
4000770        +Ihor Sobchuk,    3555 Portia Street,    Lincoln, NE 68521-1779
4000771        +Lancaster County Attorney,    555 South 10th Street,    Lincoln, NE 68508-2860
4000777        +Onemain Fi,    Po Box 499,    Hanover, MD 21076-0499
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +EDI: GMACFS.COM Apr 17 2013 21:28:00      Ally Financial,    P.O. Box 130424,
                 Roseville, MN 55113-0004
4000762        +EDI: GMACFS.COM Apr 17 2013 21:28:00      Ally Financial,    P O Box 380901,
                 Bloomington, MN 55438-0901
4004928        +EDI: GMACFS.COM Apr 17 2013 21:28:00      Ally Financial Inc.,    c/o Ally Servicing LLC.,
                 P O Box 130424,    Roseville, MN 55113-0004
4000764        +E-mail/Text: electronicbkydocs@nelnet.net Apr 17 2013 21:30:28      Dept Of Education/neln,
                 121 S 13th St,    Lincoln, NE 68508-1904
4056740        +EDI: ECMC.COM Apr 17 2013 21:28:00      ECMC,    PO BOX 75906,    St. Paul, MN 55175-0906
4000765         EDI: RMSC.COM Apr 17 2013 21:28:00      Gecrb/jcp,    Po Box 984100,    El Paso, TX 79998
4000766        +EDI: RMSC.COM Apr 17 2013 21:28:00      Gecrb/jcp,    ATTENTION: BANKRUPTCY,    Po Box 103104,
                 Roswell, GA 30076-9104
4000767        +EDI: RMSC.COM Apr 17 2013 21:28:00      Gecrb/sams Club,    Po Box 965005,    Orlando, FL 32896-5005
4000768        +EDI: RMSC.COM Apr 17 2013 21:28:00      Gecrb/sams Club,    ATTENTION: BANKRUPTCY DEPARTMENT,
                 Po Box 103104,    Roswell, GA 30076-9104
4000774        +E-mail/Text: demand@nfm.com Apr 17 2013 21:29:52      Nebraska Furniture Mar,    ATTN: COLLECTIONS,
                 Po Box 2335,    Omaha, NE 68103-2335
4000773        +E-mail/Text: demand@nfm.com Apr 17 2013 21:29:52      Nebraska Furniture Mar,    700 S 72nd St,
                 Omaha, NE 68114-4697
4003615        +E-mail/Text: demand@nfm.com Apr 17 2013 21:29:52      Nebraska Furniture Mart,    P.O. Box 3000,
                 Omaha, NE 68103-3030
4000776        +E-mail/Text: electronicbkydocs@nelnet.net Apr 17 2013 21:30:28      Nelnet Lns,    1560 BROADWAY,
                 Ste. 1700,    Denver, CO 80202-5159
4000775        +E-mail/Text: electronicbkydocs@nelnet.net Apr 17 2013 21:30:28      Nelnet Lns,    3015 S Parker Rd,
                 Aurora, CO 80014-2904
4012583        +E-mail/Text: Bankruptcy@nslp.org Apr 17 2013 21:29:57      Nelnet on behalf of NSLP,
                 National Student Loan Program,    PO Box 82507,    Lincoln NE 68501-2507
4012608        +E-mail/Text: electronicbkydocs@nelnet.net Apr 17 2013 21:30:28
                 Nelnet on behalf of the U.S. Department of Educati,    3015 South Parker Road, Suite 400,
                 Aurora, CO 80014-2904
4064023         EDI: PRA.COM Apr 17 2013 21:28:00      Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
4023239         EDI: Q3G.COM Apr 17 2013 21:28:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                 PO Box 788,    Kirkland, WA 98083-0788
4000778         EDI: USBANKARS.COM Apr 17 2013 21:28:00      Us Bank/na Nd,    4325 17th Ave S,    Fargo, ND 58125
                                                                                              TOTAL: 19

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4000772         Lancaster County Treasurer
cr*            +Capital One, N.A.,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite #200,
                 Tucson, AZ 85712-1083
cr*            +ECMC,    P.O. Box 75906,    St. Paul, MN 55175-0906
4000779*      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court: Us Bank/na Nd,     4325 17th Ave S,    Fargo, ND 58125)
                                                                                         TOTALS: 1, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0867-4          User: jarmstron              Page 2 of 3                Date Rcvd: Apr 17, 2013
                              Form ID: ODSMBNC             Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 19, 2013**    **Signature:** *Joseph Speetjens*

```
District/off: 0867-4          User: jarmstron             Page 3 of 3                  Date Rcvd: Apr 17, 2013
                              Form ID: ODSMBNC            Total Noticed: 27
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 17, 2013 at the address(es) listed below:
          Francis X. Skrupa    on behalf of Debtor Nina Viktorovna Chesnok skrupa2@yahoo.com,
           skrupalaw2@gmail.com
          Frederick D. Stehlik    on behalf of Creditor   Ally Financial fstehlik@grosswelch.com,
           lallmendinger@grosswelch.com
          Kathleen   Laughlin    ecfclerk@ne13trustee.com, klaughlin13@ecf.epiqsystems.com
          Patricia   Fahey    ustpregion13.om.ecf@usdoj.gov
          Patti H. Bass    on behalf of Creditor   Capital One, N.A. ecf@bass-associates.com
                                                TOTAL: 5

odsmbnc (04/11)

# UNITED STATES BANKRUPTCY COURT
### District of Nebraska
### 460 Federal Building
### 100 Centennial Mall North
### Lincoln, NE 68508

In Re:

    Nina Viktorovna Chesnok

    Debtor(s)

Bankruptcy Proceeding No.  12−42382−TJM
Chapter  13

Judge:  Timothy J. Mahoney

## ORDER DISMISSING CASE

    This case is dismissed upon the Declaration of the Chapter 13 Trustee in support of the Trustee's Notice of Payment Default. It is ordered that this case is hereby dismissed for the debtor's failure to cure the plan payment defaults.

    Dated:   April 17, 2013

                                                          BY THE COURT:

                                                          /s/ Timothy J. Mahoney
                                                          Bankruptcy Judge

Copies mailed to all creditors and parties in interest.