United States Bankruptcy Court
District of Nebraska

In re:                                                                  Case No. 12-42382-TJM
Nina Viktorovna Chesnok                                                 Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0867-4          User: admin              Page 1 of 2           Date Rcvd: Apr 25, 2013
                              Form ID: trc             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2013.
4020634       +CAPITAL ONE, N.A.,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,
               Tucson, AZ 85712-1083

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 27, 2013**             **Signature:**   _Joseph Speetjens_

```
District/off: 0867-4           User: admin              Page 2 of 2               Date Rcvd: Apr 25, 2013
                               Form ID: trc             Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 19, 2013 at the address(es) listed below:
              Francis X. Skrupa    on behalf of Debtor Nina Viktorovna Chesnok skrupa2@yahoo.com,
               skrupalaw2@gmail.com
              Frederick D. Stehlik    on behalf of Creditor    Ally Financial fstehlik@grosswelch.com,
               lallmendinger@grosswelch.com
              Kathleen Laughlin    ecfclerk@ne13trustee.com, klaughlin13@ecf.epiqsystems.com
              Patricia Fahey    ustpregion13.om.ecf@usdoj.gov
              Patti H. Bass    on behalf of Creditor    Capital One, N.A. ecf@bass-associates.com
                                                                                                 TOTAL: 5

**210B (12/09**)

# United States Bankruptcy Court

District of Nebraska
Case No. 12-42382-TJM
Chapter 13

In re: Debtor(s) (including Name and Address)

Nina Viktorovna Chesnok
2610 W South Street #111
Lincoln NE 68522

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/19/2013.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 8: CAPITAL ONE, N.A., Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite #200, Tucson, AZ 85712 | eCAST Settlement Corporation<br>c/o Bass & Associates, P.C.<br>3936 E Ft. Lowell, Suite 200<br>Tucson, AZ  85712 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    04/27/13

Diane Zech
**CLERK OF THE COURT**